UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-222-AH(SSCx)** | Date | APRIL 17, 2026 |
| Title | Vivek Shah v. Talentbridge, Inc. | | |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, that in light of the First Amended Complaint (Dkt. No. 23), Defendant's Motion to Dismiss (Dkt. No. 13) and Plaintiff's Motion for Relief (Dkt. No. 17) are DENIED without prejudice as moot, and the hearings scheduled for April 22, 2026 are hereby VACATED.

IT IS SO ORDERED.

cc: all parties