ELIZABETH A. SPERLING (SBN 231474)
esperling@glaserweil.com
SARAH G. MILLER (SBN 281751)
smiller@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Phone: (619) 765-4380
Fax: (619) 483-0646

Attorneys for Defendant
TalentBridge, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VIVEK SHAH,

Plaintiff,

v.

TALENTBRIDGE, INC.,

Defendant.

CASE NO.: 2:26-cv-00222-AH(SSCx)
Hon. Anne Hwang, District Judge

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(1) AND RULE 12(b)(6)**

[Filed concurrently with Memorandum of Points and Authorities; Declaration of Sarah G. Miller; Request for Judicial Notice; [Proposed] Order Granting Motion to Dismiss; [Proposed] Order Granting Request for Judicial Notice]

DATE: May 27, 2026
TIME: 1:30 p.m.
CTRM: Ctrm 9C

Case Filed: January 5, 2026

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 27, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Anne Hwang in Courtroom 9C (Ninth Floor) of the above-entitled Court located at 350 West First Street, Los Angeles, California 90012, Defendant TalentBridge, Inc. ("TalentBridge") will and hereby does move the Court to dismiss the entirety of the First Amended Complaint ("FAC") filed by Plaintiff Vivek Shah ("Plaintiff") against TalentBridge and all allegations therein, which consists of one claim for relief for violation of the California Invasion of Privacy Act ("CIPA"), California Penal Code § 631(a).

This Motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("Rule") on the following grounds:

1. This FAC should be dismissed for lack of subject matter jurisdiction because Plaintiff fails to plead an amount in controversy that exceeds $75,000. 28 U.S.C. § 1332.

2. This FAC should also be dismissed for lack of subject matter jurisdiction because Plaintiff is a tester who has suffered no actual injury and cannot establish injury-in-fact, and even without his tester status, he fails to plausibly plead facts to support an injury-in-fact sufficient to establish Article III standing.

This Motion also is made pursuant to Rule 12(b)(6) on the following grounds:

1. Plaintiff fails to plead his sole claim under Cal. Penal Code § 631(a) because he fails to plead any invasion of a legally protected privacy interest;

2. Plaintiff fails to plead his sole claim under Cal. Penal Code § 631(a) because he fails to allege facts to show that a plausible third party actually "read, attempted to read, or learn[ed]" the contents of any protected communication *while in transit*;

3. Plaintiff fails to plead his sole claim under Cal. Penal Code § 631(a) because he has failed to allege facts sufficient to show the presence of a third party eavesdropper; and

4. Plaintiff fails to plead his sole claim under Cal. Penal Code § 631(a) under clause four – which is the only clause that could potentially apply to TalentBridge – because he fails to allege a violation of clauses one, two, or three.

This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of Sarah G. Miller, and Request for Judicial Notice, the pleadings and other matters on file in this action, and such other and further matters as may be considered by the Court.

This Motion is made following the good faith conference of counsel pursuant to L.R. 7-3, which took place on April 13, 2026 via Google Meet videoconference. Declaration of Sarah G. Miller ("Miller Decl."), ¶ 2. The parties thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion. *Id.* The parties were not able to reach an agreement, thereby necessitating this motion.

DATED: April 20, 2026

Respectfully submitted,

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: /s/ Sarah G. Miller
ELIZABETH A. SPERLING
SARAH G. MILLER
Attorneys for Defendant
TalentBridge, Inc.



Glaser Weil