ELIZABETH A. SPERLING (SBN 231474)
esperling@glaserweil.com
SARAH G. MILLER (SBN 281751)
smiller@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Phone: (619) 765-4380
Fax: (619) 483-0646

Attorneys for Defendant
TalentBridge, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VIVEK SHAH,

Plaintiff,

v.

TALENTBRIDGE, INC.,

Defendant.

CASE NO.: 2:26-cv-00222-AH(SSCx)
The Hon. Anne Hwang, District Judge

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(1) AND RULE 12(b)(6)**

[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Sarah G. Miller; [Proposed] Order Granting Motion to Dismiss; [Proposed] Order Granting Request for Judicial Notice]

DATE: May 27, 2026
TIME: 1:30 p.m.
CTRM: Ctrm 9C

Case Filed: January 5, 2026

**TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Defendant TalentBridge, Inc. ("TalentBridge") hereby requests that the Court take judicial notice of the following document and the contents thereof:

| | |
|---|---|
| Exhibit 1 | A true and correct copy of the Affidavit in Removal Proceeding, filed in *United States of America v. Vivek M. Shah*, Case No. 1:12-cr-00629, on August 10, 2012, Dkt. 1, in the United States District Court for the Northern District of Illinois. |
| Exhibit 2 | A true and correct copy of Vivek Shah's Motion to Terminate Supervised Release, filed in *United States of America v. Vivek M. Shah*, Case No. 1:12-cr-00629, on August 10, 2012 (Dkt. #1) in the United States District Court for the Northern District of Illinois. |
| Exhibit 3 | A true and correct copy of the Verified Complaint filed in *Vivek Shah v. Robinhood Credit Inc.*, Case No 2:25-cv-05902-FMO-(ASx), on June 26, 2025, Dkt. 1, in the United States District Court for the Central District of California. |
| Exhibit 4 | A true and correct copy of the Complaint for Damages, Restitution, and Injunctive Relief filed in *Vivek Shah v. The Hershey Salty Snacks Sales Company*, Case No. 24STCV24884, filed on September 25, 2024 in the Superior Court of California, County of Los Angeles. |
| Exhibit 5 | A true and correct copy of the Complaint in *Vivek Shah v. Woodbury University*, Case No. 24STCV25365, filed on October 1, 2024, in the Superior Court of California, County of Los Angeles. |
| Exhibit 6 | A true and correct copy of the Complaint in *Vivek Shah v.* |






Glaser Weil

| | |
|---|---|
| | *Secureworks Corp.*, Case No. 2:25-cv-12381-ODW-(PVCx), on December 22, 2025, Dkt. 1, in the United States District Court for the Central District of California. |
| Exhibit 7 | A true and correct copy of the First Amended Complaint in *Vivek Shah v. Peridio, Inc.*, Case No. 2:25-cv-12373-SB-E, on January 20, 2026, Dkt. 16, in the United States District Court for the Central District of California. |
| Exhibit 8 | A true and correct copy of the Complaint in *Vivek Shah v. Backoffice Associates, LLC*, Case No. 2:26-cv-00848-UA, on January 19, 2026, Dkt. 1, in the United States District Court for the Central District of California. |
| Exhibit 9 | A true and correct copy of the Complaint in *Vivek Shah v. Drexel Chemical Company*, Case No. 2:26-cv-01605-HDV-(KESx), on February 11, 2026, Dkt. 1, in the United States District Court for the Central District of California. |
| Exhibit 10 | A true and correct copy of the Complaint For Violation of the California Invasion of Privacy Act ("CIPA"), filed *Vivek Shah v. WPROMOTE LLC, d/b/a WPROMOTE.COM*, Case No. 24STCV23077, on September 9, 2024 in the Superior Court of California, County of Los Angeles. |
| Exhibit 11 | A true and correct copy of initial Complaint filed in *Vivek Shah v. Russco57, LLC*, Case No. 2:25-cv-12371-PA-(MARx), Dkt. 1, on December 22, 2025, in the United States District Court for the Central District of California. |
| Exhibit 12 | A true and correct copy of the First Amended Complaint filed in *Vivek Shah v. Russco57, LLC*, Case No. 2:25-cv-12371-PA-(MARx), Dkt. 13, on January 8, 2026, in the United States |



Glaser Weil
3193237

| | District Court for the Central District of California. |
|---|---|

Judicial notice may be taken of adjudicative facts in evaluating a motion to dismiss, including documents filed in any federal or state court. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *Travelers Indem. Co. of Connecticut v. Newlin*, 498 F. Supp. 3d 1262, 1280 n.4 (S.D. Cal. 2020) ("Under Federal Rule of Evidence 201, the Court may take judicial notice of filings in other courts."); *see also Neilson v. Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1112-15 (C.D. Cal. 2004) ("In addition to the allegations of the complaint, a court may consider exhibits submitted with the complaint, documents whose contents are alleged in the complaint when authenticity is not questioned, and matters that may be judicially noticed pursuant to Federal Rule of Evidence 201."). This includes Exhibits 1-12 above, which are all documents filed in state or federal courts, as specified above. As such, TalentBridge respectfully requests that the Court take judicial notice of Exhibits 1-12.

DATED: April 20, 2026

Respectfully submitted,

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ Sarah G. Miller
ELIZABETH A. SPERLING
SARAH G. MILLER
Attorneys for Defendant
TalentBridge, Inc.

Glaser Weil